IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and TONI THERESA SPERA FLANIGAN | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. |
| v. | ) ) | 3:22 CV 1118 |
| NED LAMONT, is his official capacity as the Governor of the State of Connecticut; PATRICK J. GRIFFIN, is his official capacity as the Chief State's Attorney of the State of Connecticut; and SHARMESE L. WALCOTT, in her official capacity as the State's Attorney, Hartford Judicial District, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | August 16, 2023 |

## NOTICE OF APPEAL

The Plaintiffs, NATIONAL ASSOCIATION FOR GUN RIGHTS, and TONI THERESA SPERA FLANIGAN, appeal to the United States Court of Appeals for the Second Circuit from the Order (Docket Entry No. 85) denying the Plaintiffs' Motion for Preliminary Injunction (Docket Entry No. 28) entered on August 3, 2023.

> THE PLAINTIFFS
> NATIONAL ASSOCIATION FOR
> GUN RIGHTS, and TONI
> THERESA SPERA FLANIGAN
>
> Barry K. Arrington, *pro hac vice*
> 3801 E. Florida Ave., Suite 830
> Denver, CO 80210
> (303) 205-7870
> barry@arringtonpc.com

*/s/ John Radshaw*
John J. Radshaw (ct19882)
65 Trumbull Street, 2d Floor
New Haven, CT 06510
(203) 654-9695 | (203) 721-6182 f
jjr@jjr-esq.com

### **C E R T I F I C A T I O N**

I hereby certify that on AUGUST 16, 2023, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing. Parties may access this filing through the Court's system.

/s/ John J. Radshaw III
_____
John J. Radshaw III

APPEAL,EFILE

# U.S. District Court
# District of Connecticut (New Haven)
# CIVIL DOCKET FOR CASE #: 3:22−cv−01118−JBA
*Internal Use Only*

| | |
|---|---|
| National Association for Gun Rights et al v. Lamont et al<br>Assigned to: Judge Janet Bond Arterton<br>Cause: 42:1983 Civil Rights Act | Date Filed: 09/06/2022<br>Jury Demand: Defendant<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **National Association for Gun Rights** | represented by | **Barry K Arrington**<br>Arrington Law Firm<br>4195 Wadsworth Boulevard<br>Wheat Ridge, CO 80033<br>303−205−7870<br>Email: barry@arringtonpc.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **John J. Radshaw , III**<br>John J. Radshaw III, Esquire<br>65 Trumbull Street, 2d Fl.<br>New Haven, CT 06510<br>203−654−9695<br>Fax: 203−721−6182<br>Email: jjr@jjr−esq.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Patricia Brought**<br>*TERMINATED: 09/13/2022* | represented by | **John J. Radshaw , III**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Toni Theresa Spera Flanigan** | represented by | **Barry K Arrington**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **John J. Radshaw , III**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Ned Lamont**<br>*is his official capacity as the Governor of the State of Connecticut* | represented by | **James Michael Belforti**<br>Office of the Attorney General<br>110 Sherman Street<br>Hartford, CT 06002<br>860−808−5436<br>Fax: 860−808−5591<br>Email: james.belforti@ct.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

|  |  | **Janelle Medeiros**<br>Office of the Attorney General<br>Public Safety<br>110 Sherman Street<br>Hartford, CT 06105<br>860–808–5450<br>Fax: 860-808-5591<br>Email: janelle.medeiros@ct.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Terrence M. O'Neill**<br>Attorney General's Office<br>110 Sherman St.<br>Hartford, CT 06105<br>860–808–5450<br>Fax: 860-808-5591<br>Email: terrence.oneill@ct.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Patrick J. Griffin**<br>*is his official capacity as the Chief States Attorney of the State of Connecticut* | represented by | **James Michael Belforti**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Janelle Medeiros**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Terrence M. O'Neill**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**David R. Shannon**<br>*in his official capacity as the State's Attorney, Litchfield Judicial District*<br>*TERMINATED: 09/13/2022* |  |  |
| **Defendant**<br>**Sharmese L. Walcott**<br>*in her official capacity as the State's Attorney, Hartford Judicial District* | represented by | **James Michael Belforti**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Janelle Medeiros**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Terrence M. O'Neill**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**Brady** | represented by | **Daniel Scott Noble**<br>Finn Dixon & Herling LLP |

|  |  |  |
|---|---|---|
|  |  | 6 Landmark Square<br>Ste 600<br>06901<br>Stamford, CT 06901<br>203−325−5000<br>Fax: 203−325−5001<br>Email: dnoble@fdh.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Timothy Channing Hester**<br>Covington & Burling<br>850 Tenth Street, N.W.<br>Washington, DC 20001−4956<br>202−662−5324<br>Fax: 202−778−5324<br>Email: thester@cov.com<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**March for Our Lives** | represented by | **Daniel Scott Noble**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Timothy Channing Hester**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**Giffords Law Center to Prevent Gun Violence** | represented by | **Aaron R. Marcu**<br>Freshfields Bruckhaus Deringer US LLP<br>601 Lexington Avenue<br>31st Floor<br>New York, NY 10022<br>212−284−4854<br>Email: aaron.marcu@freshfields.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Deirdre M. Daly**<br>Finn Dixon & Herling LLP<br>Six Landmark Square<br>Suite 600<br>Stamford, CT 06901<br>203−325−5000<br>Fax: 203−325−5001<br>Email: ddaly@fdh.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Elliot Friedman**<br>Freshfields Bruckhaus Deringer US LLP<br>Freshfields Bruckhaus Deringer US LLP<br>601 Lexington Avenue, 31st floor<br>New York, NY 10022<br>212−277−4000<br>Email: elliot.friedman@freshfields.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Jennifer Loeb**<br>Freshfields Bruckhaus Deringer US LLP<br>700 13th Street NW |

10th Floor<br>
Washington, DC 20005<br>
202–777–4524<br>
Email: jennifer.loeb@freshfields.com<br>
*LEAD ATTORNEY*<br>
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **Everytown for Gun Safety Support Fund** | represented by | **Damian K. Gunningsmith**<br>Carmody Torrance Sandak & Hennessey, LLP – NH<br>195 Church St. 18th floor<br>PO Box 1950<br>New Haven, CT 06509–1950<br>203–777–5501<br>Fax: 203–784–3199<br>Email: dgunningsmith@carmodylaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**William James Taylor , Jr**<br>Everytown Law<br>450 Lexington Ave.<br>#4184<br>10017<br>New York, NY 10271–0332<br>646–324–8215<br>Email: wtaylor@everytown.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/06/2022 | 1 | COMPLAINT against Patrick J. Griffin, Ned Lamont, David R. Shannon ( Filing fee $402 receipt number ACTDC–7057374.), filed by National Association for Gun Rights, Patricia Brought. (Attachments: # 1 Civil Cover Sheet)(Radshaw, John) (Entered: 09/06/2022) |
| 09/06/2022 | | Request for Clerk to issue summons as to Patrick J. Griffin, Ned Lamont, David R. Shannon. (Radshaw, John) (Entered: 09/06/2022) |
| 09/06/2022 | | Judge Janet Bond Arterton added. (Oliver, T.) (Entered: 09/06/2022) |
| 09/06/2022 | 2 | Order on Pretrial Deadlines: Amended Pleadings due by 11/6/2022 Discovery due by 3/9/2023 Dispositive Motions due by 4/13/2023<br>Signed by Clerk on 9/6/2022.(Chartier, AnnMarie) Modified to correct file date on 9/7/2022 (Chartier, AnnMarie). (Entered: 09/07/2022) |
| 09/06/2022 | 3 | ELECTRONIC FILING ORDER FOR COUNSEL – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Janet Bond Arterton on 9/6/2022.(Chartier, AnnMarie) (Entered: 09/07/2022) |
| 09/06/2022 | 4 | STANDING PROTECTIVE ORDER<br>Signed by Judge Janet Bond Arterton on 9/6/2022.(Chartier, AnnMarie) (Entered: 09/07/2022) |
| 09/07/2022 | 5 | NOTICE TO COUNSEL/SELF–REPRESENTED PARTIES : Counsel or self–represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 2 Order on Pretrial Deadlines, 1 Complaint filed by National Association for Gun Rights, Patricia Brought, 4 Protective Order, 3 Electronic Filing Order<br>Signed by Clerk on 9/7/2022.(Chartier, AnnMarie) (Entered: 09/07/2022) |

| | | |
|---|---|---|
| 09/07/2022 | 6 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Patrick J. Griffin, Ned Lamont, David R. Shannon* with answer to complaint due within *21* days. Attorney *John J. Radshaw, III* *John J. Radshaw III, Esquire* *65 Trumbull Street, 2d Fl.* *New Haven, CT 06510*. (Chartier, AnnMarie) (Entered: 09/07/2022) |
| 09/08/2022 | 7 | MOTION for Attorney(s) Chris Wiest to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7061021) by Patricia Brought, National Association for Gun Rights. (Attachments: # 1 Affidavit of Attorney Chris Wiest, # 2 Certificate of Good Standing – Ohio, # 3 Certificate of Good Standing – Kentucky)(Radshaw, John) (Entered: 09/08/2022) |
| 09/12/2022 | 8 | ORDER granting 7 Motion to Appear Pro Hac Vice. Signed by Clerk on 9/12/2022. (Chartier, AnnMarie) (Entered: 09/12/2022) |
| 09/13/2022 | 9 | AMENDED COMPLAINT *as of Right* against All Defendants, filed by National Association for Gun Rights, Patricia Brought.(Radshaw, John) (Entered: 09/13/2022) |
| 09/13/2022 | 10 | MOTION for Christopher Wiest to Withdraw as Attorney by Patricia Brought, National Association for Gun Rights. (Wiest, Christopher) (Entered: 09/13/2022) |
| 09/15/2022 | 11 | MOTION for Attorney(s) Barry Arrington to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7069306) by National Association for Gun Rights, Toni Theresa Spera Flanigan. (Attachments: # 1 Affidavit of Barry Arrington)(Radshaw, John) (Entered: 09/15/2022) |
| 09/15/2022 | | Request for Clerk to issue summons as to Sharmese L. Walcott. (Radshaw, John) (Entered: 09/15/2022) |
| 09/20/2022 | 12 | ORDER granting 11 Motion to Appear Pro Hac Vice. Certificate of Good Standing due by 11/19/2022. Signed by Clerk on 9/20/2022. (Chartier, AnnMarie) (Entered: 09/20/2022) |
| 09/20/2022 | 13 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Sharmese L. Walcott* with answer to complaint due within *21* days. Attorney *John J. Radshaw, III* *John J. Radshaw III, Esquire* *65 Trumbull Street, 2d Fl.* *New Haven, CT 06510*. (Chartier, AnnMarie) (Entered: 09/20/2022) |
| 09/20/2022 | 14 | ORDER granting 10 Motion to Withdraw as Attorney Christopher West. Signed by Judge Janet Bond Arterton on 9/20/22. (Tooker, Aimee) (Entered: 09/20/2022) |
| 09/20/2022 | 15 | SUMMONS Returned Executed by Toni Theresa Spera Flanigan, National Association for Gun Rights. Patrick J. Griffin served on 9/13/2022, answer due 10/4/2022; Ned Lamont served on 9/13/2022, answer due 10/4/2022; David R. Shannon served on 9/13/2022, answer due 10/4/2022. (Radshaw, John) (Entered: 09/20/2022) |
| 09/21/2022 | 16 | NOTICE of Appearance by Barry K Arrington on behalf of National Association for Gun Rights, Toni Theresa Spera Flanigan (Arrington, Barry) (Entered: 09/21/2022) |
| 09/21/2022 | 17 | Corporate Disclosure Statement by National Association for Gun Rights. (Radshaw, John) (Entered: 09/21/2022) |
| 09/30/2022 | 18 | NOTICE of Appearance by Janelle Medeiros on behalf of Patrick J. Griffin, Ned Lamont, Sharmese L. Walcott (Medeiros, Janelle) (Entered: 09/30/2022) |
| 09/30/2022 | 19 | NOTICE of Appearance by James Michael Belforti on behalf of Patrick J. Griffin, Ned Lamont, Sharmese L. Walcott (Belforti, James) (Entered: 09/30/2022) |
| 09/30/2022 | 20 | NOTICE of Appearance by Terrence M. O'Neill on behalf of Patrick J. Griffin, Ned Lamont, Sharmese L. Walcott (O'Neill, Terrence) (Entered: 09/30/2022) |
| 09/30/2022 | 21 | MOTION FOR A PRE–FILING CONFERENCE by Patrick J. Griffin, Ned Lamont, Sharmese L. Walcott.Responses due by 10/21/2022 (Medeiros, Janelle) (Entered: 09/30/2022) |
| 10/04/2022 | 22 | ORDER granting 21 Motion for Pre–Filing Conference. Signed by Judge Janet Bond Arterton on 10/4/22. (Tooker, Aimee) (Entered: 10/04/2022) |

| | | |
|---|---|---|
| 10/04/2022 | | A telephonic pre–filing conference will be held 10/26/22 at 3:00 p.m. as follows:1–877–402–9753; access code: 3535720. (Tooker, Aimee) (Entered: 10/04/2022) |
| 10/13/2022 | 23 | CERTIFICATE OF GOOD STANDING re 11 MOTION for Attorney(s) Barry Arrington to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7069306) by National Association for Gun Rights, Toni Theresa Spera Flanigan. (Attachments: # 1 Colorado, # 2 Texas)(Radshaw, John) (Entered: 10/13/2022) |
| 10/20/2022 | | The parties' telephonic pre–filing conference has been rescheduled to 10/28/22 at 2:30 p.m. All call in details remain unchanged. (Tooker, Aimee) (Entered: 10/20/2022) |
| 10/21/2022 | 24 | MOTION to Amend/Correct *Complaint* by National Association for Gun Rights, Toni Theresa Spera Flanigan.Responses due by 11/11/2022 (Attachments: # 1 Proposed Amended Complaint)(Arrington, Barry) (Entered: 10/21/2022) |
| 10/25/2022 | 25 | ORDER granting 24 Motion to Amend/Correct Complaint, on consent. The Clerk is requested to docket Second Amended Complaint as the operative complaint in this case. Signed by Judge Janet Bond Arterton on 10/24/22. (Tooker, Aimee) (Entered: 10/25/2022) |
| 10/25/2022 | 26 | SECOND AMENDED COMPLAINT against Patrick J. Griffin, Ned Lamont, Sharmese L. Walcott, filed by Toni Theresa Spera Flanigan, National Association for Gun Rights.(Sichanh, Christina) (Entered: 10/26/2022) |
| 10/28/2022 | 29 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Telephonic Pre–Filing Conference held on 10/28/2022. TOTAL TIME: 25 minutes(Court Reporter Corrine Thomas.) (Sichanh, Christina) (Entered: 11/10/2022) |
| 10/31/2022 | 27 | SCHEDULING ORDER: Pursuant to the colloquy with counsel on the record 10/28/22, the following is ordered: (1) Defendants' motion to dismiss will be filed by 11/18/22; opposition will be filed by 12/9/22; reply, if any, will be filed by 12/23/22. (2) The parties' 26(f) Planning Report shall be filed ten days following ruling. (Tooker, Aimee) (Entered: 10/31/2022) |
| 11/03/2022 | 28 | MOTION for Preliminary Injunction by National Association for Gun Rights, Toni Theresa Spera Flanigan.Responses due by 11/24/2022 (Attachments: # 1 Memorandum in Support, # 2 Affidavit, # 3 Affidavit, # 4 Affidavit)(Arrington, Barry) (Entered: 11/03/2022) |
| 11/16/2022 | 30 | SCHEDULING ORDER: On consent of the parties, the deadline for Defendant's response to the Plaintiff's Motion for Preliminary Injunction 28 is reset to January 31, 2023; Plaintiff's reply is due March 2, 2023. Oral argument will be held March 22, 2023, at 11 AM in Courtroom Two, 141 Church St., New Haven, CT. Signed by Judge Janet Bond Arterton on 11/16/2022. (Anderson, Colleen) (Entered: 11/16/2022) |
| 11/17/2022 | 31 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Oral Argument re 28 is scheduled for 3/22/2023 at 11:00 AM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. (Sichanh, Christina) (Entered: 11/17/2022) |
| 11/18/2022 | 32 | MOTION to Dismiss by Patrick J. Griffin, Ned Lamont, Sharmese L. Walcott.Responses due by 12/9/2022 (Attachments: # 1 Memorandum in Support)(Medeiros, Janelle) (Entered: 11/18/2022) |
| 12/09/2022 | 33 | RESPONSE *to Motion to Dismiss* filed by National Association for Gun Rights, Toni Theresa Spera Flanigan. (Attachments: # 1 Declaration)(Arrington, Barry) (Entered: 12/09/2022) |
| 12/23/2022 | 34 | REPLY to Response to 32 MOTION to Dismiss filed by Patrick J. Griffin, Ned Lamont, Sharmese L. Walcott. (Belforti, James) (Entered: 12/23/2022) |
| 12/24/2022 | 35 | MOTION to Strike *Reply in Support of Motion to Dismiss* by National Association for Gun Rights, Toni Theresa Spera Flanigan.Responses due by 1/14/2023 (Arrington, Barry) (Entered: 12/24/2022) |

| | | |
|---|---|---|
| 01/26/2023 | 36 | MOTION for Leave to File Excess Pages by Patrick J. Griffin, Ned Lamont, Sharmese L. Walcott. (Medeiros, Janelle) (Entered: 01/26/2023) |
| 01/31/2023 | 37 | OBJECTION re 28 MOTION for Preliminary Injunction filed by Patrick J. Griffin, Ned Lamont, Sharmese L. Walcott. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Medeiros, Janelle) (Entered: 01/31/2023) |
| 02/02/2023 | 38 | NOTICE of Appearance by Daniel Scott Noble on behalf of Brady, March for Our Lives (Noble, Daniel) (Entered: 02/02/2023) |
| 02/02/2023 | 39 | MOTION for Attorney(s) Timothy C. Hester to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7221457) by Brady, March for Our Lives. (Noble, Daniel) (Entered: 02/02/2023) |
| 02/03/2023 | 40 | NOTICE of Appearance by Deirdre M. Daly on behalf of Giffords Law Center to Prevent Gun Violence (Daly, Deirdre) (Entered: 02/03/2023) |
| 02/06/2023 | 41 | ORDER granting 39 Motion for Timothy C. Hester to Appear Pro Hac Vice Certificate of Good Standing due by 4/7/2023. Signed by Clerk on 2/6/2023. (Sichanh, Christina) (Entered: 02/06/2023) |
| 02/06/2023 | 42 | MOTION for Attorney(s) Jennifer Loeb to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7226242) by Giffords Law Center to Prevent Gun Violence. (Daly, Deirdre) (Entered: 02/06/2023) |
| 02/06/2023 | 43 | MOTION for Attorney(s) Aaron R. Marcu to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7226258) by Giffords Law Center to Prevent Gun Violence. (Daly, Deirdre) (Entered: 02/06/2023) |
| 02/06/2023 | 44 | MOTION for Attorney(s) Elliot Friedman to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7226272) by Giffords Law Center to Prevent Gun Violence. (Daly, Deirdre) (Entered: 02/06/2023) |
| 02/06/2023 | 45 | ORDER granting 42 Motion for Jennifer Loeb to Appear Pro Hac Vice. Signed by Clerk on 2/6/2023. (Sichanh, Christina) (Entered: 02/06/2023) |
| 02/06/2023 | 46 | ORDER granting 43 Motion for Aaron R. Marcu to Appear Pro Hac Vice. Signed by Clerk on 2/6/2023. (Sichanh, Christina) (Entered: 02/06/2023) |
| 02/06/2023 | 47 | ORDER granting 44 Motion for Elliot Friedman to Appear Pro Hac Vice. Signed by Clerk on 2/6/2023. (Sichanh, Christina) (Entered: 02/06/2023) |
| 02/07/2023 | 48 | NOTICE by Giffords Law Center to Prevent Gun Violence re 46 Order on Motion for Admission Pro Hac Vice, 45 Order on Motion for Admission Pro Hac Vice, 47 Order on Motion for Admission Pro Hac Vice (Daly, Deirdre) (Entered: 02/07/2023) |
| 02/07/2023 | 49 | Amicus Curiae APPEARANCE entered by Damian K. Gunningsmith on behalf of Everytown for Gun Safety Support Fund. (Gunningsmith, Damian) (Entered: 02/07/2023) |
| 02/07/2023 | 50 | Amicus Curiae APPEARANCE entered by Aaron R. Marcu on behalf of Giffords Law Center to Prevent Gun Violence. (Marcu, Aaron) (Entered: 02/07/2023) |
| 02/07/2023 | 51 | Amicus Curiae APPEARANCE entered by Jennifer Loeb on behalf of Giffords Law Center to Prevent Gun Violence. (Loeb, Jennifer) (Entered: 02/07/2023) |
| 02/07/2023 | 52 | Amicus Curiae APPEARANCE entered by Elliot Friedman on behalf of Giffords Law Center to Prevent Gun Violence. (Friedman, Elliot) (Entered: 02/07/2023) |
| 02/07/2023 | 53 | Corporate Disclosure Statement by Everytown for Gun Safety Support Fund. (Gunningsmith, Damian) (Entered: 02/07/2023) |
| 02/07/2023 | 54 | NOTICE of Appearance by Timothy Channing Hester on behalf of Brady, March for Our Lives (Hester, Timothy) (Entered: 02/07/2023) |
| 02/07/2023 | 55 | MOTION for Leave to File *Amicus Curiae Brief* by Brady, March for Our Lives. (Attachments: # 1 Exhibit [Proposed] Amicus Curiae Brief)(Hester, Timothy) (Entered: 02/07/2023) |

| | | |
|---|---|---|
| 02/07/2023 | 56 | Corporate Disclosure Statement by Giffords Law Center to Prevent Gun Violence. (Loeb, Jennifer) (Entered: 02/07/2023) |
| 02/07/2023 | 57 | MOTION for Leave to File *Amicus Curiae Brief* by Giffords Law Center to Prevent Gun Violence. (Attachments: # 1 Exhibit [Proposed] Amicus Curiae Brief)(Loeb, Jennifer) (Entered: 02/07/2023) |
| 02/07/2023 | 58 | MOTION for Leave to File *Amicus Curiae Brief* by Everytown for Gun Safety Support Fund. (Attachments: # 1 Exhibit [Proposed] Amicus Curiae Brief)(Gunningsmith, Damian) (Entered: 02/07/2023) |
| 02/08/2023 | 59 | CERTIFICATE OF GOOD STANDING re 39 MOTION for Attorney(s) Timothy C. Hester to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7221457) by Brady, March for Our Lives. (Hester, Timothy) (Entered: 02/08/2023) |
| 02/09/2023 | 60 | MOTION for Attorney(s) William J. Taylor, Jr. to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7230564) by Everytown for Gun Safety Support Fund. (Attachments: # 1 Exhibit A)(Gunningsmith, Damian) (Entered: 02/09/2023) |
| 02/27/2023 | 61 | AFFIDAVIT re 60 MOTION for Attorney(s) William J. Taylor, Jr. to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7230564) Signed By William J. Taylor, Jr. filed by Everytown for Gun Safety Support Fund. (Gunningsmith, Damian) (Entered: 02/27/2023) |
| 02/28/2023 | 62 | MOTION for Leave to File Excess Pages by National Association for Gun Rights, Toni Theresa Spera Flanigan. (Arrington, Barry) (Entered: 02/28/2023) |
| 03/02/2023 | 63 | ORDER granting 60 Motion to Appear Pro Hac Vice Certificate of Good Standing due by 5/1/2023. Signed by Judge Janet Bond Arterton on 3/2/2023. (Sichanh, Christina) (Entered: 03/02/2023) |
| 03/02/2023 | 64 | REPLY to Response to 28 MOTION for Preliminary Injunction filed by National Association for Gun Rights, Toni Theresa Spera Flanigan. (Attachments: # 1 Exhibit, # 2 Declaration)(Arrington, Barry) (Entered: 03/02/2023) |
| 03/02/2023 | 65 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Oral argument on Motion to Dismiss will be held 3/10/23 at 11:00 AM in Courtroom Two, 141 Church Street, New Haven, CT.(Tooker, Aimee) (Entered: 03/02/2023) |
| 03/02/2023 | 66 | MOTION Reschedule Oral Argument re 65 Calendar Entry by National Association for Gun Rights, Toni Theresa Spera Flanigan.Responses due by 3/23/2023 (Arrington, Barry) (Entered: 03/02/2023) |
| 03/03/2023 | 67 | ORDER: Plaintiffs' motion to reschedule the March 10, 2023 oral argument 66 is GRANTED with modification as follows. In light of Plaintiffs' objection that Plaintiff Flanigan's standing is raised for the first time in Defendants' reply, Defendants' motion to dismiss 32 is DENIED without prejudice. Plaintiffs are granted leave to amend their complaint to address Defendants' arguments as to Plaintiffs' standing by March 10, 2023. Defendants may refile an amended motion to dismiss by March 17, 2023 with Plaintiffs' response due by March 24, 2023, and any reply by Defendants due March 29, 2023. The oral argument on the motion to dismiss scheduled for March 10, 2023 is cancelled. The preliminary injunction oral argument currently scheduled for March 22, 2023 will be postponed; if the Court does not grant Defendants' motion to dismiss, a new date will be promptly set. Plaintiffs' motion to strike Defendants' reply 35 is denied as moot. Signed by Judge Janet Bond Arterton on 3/3/2023. (Anderson, Colleen) (Entered: 03/03/2023) |
| 03/03/2023 | | Set Deadlines/Hearings: Amended Pleadings due by 3/10/2023 (Sichanh, Christina) (Entered: 03/07/2023) |
| 03/06/2023 | 68 | ORDER finding as moot 36 Motion for Leave to File Excess Pages in light of Memorandum 37 ; granting 62 Motion for Leave to File Excess Pages. Plaintiffs' Reply in Support of Motion for Preliminary Injunction may not exceed 48 pages. Signed by Judge Janet Bond Arterton on 3/6/23. (Tooker, Aimee) (Entered: 03/06/2023) |

| | | |
|---|---|---|
| 03/07/2023 | 69 | AMENDED COMPLAINT against All Defendants, filed by Toni Theresa Spera Flanigan, National Association for Gun Rights.(Arrington, Barry) (Entered: 03/07/2023) |
| 03/17/2023 | 70 | Consent MOTION for Extension of Time until March 31, 2023 *of the* deadline to respond to Plaintiffs' Third Amended Complaint by Patrick J. Griffin, Ned Lamont, Sharmese L. Walcott. (Belforti, James) (Entered: 03/17/2023) |
| 03/21/2023 | 71 | ORDER granting 70 Motion for Extension of Time to respond to Plaintiffs' Amended Complaint, 69 , on consent, to 3/31/23. Signed by Judge Janet Bond Arterton on 3/21/23. (Tooker, Aimee) (Entered: 03/21/2023) |
| 03/21/2023 | | Answer deadline updated for All Defendants. (Tooker, Aimee) (Entered: 03/21/2023) |
| 03/23/2023 | 72 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Oral Argument on Motion for Preliminary Injunction 28 will be held May 9, 2023 at 3:00 p.m. in Courtroom Two, 141 Church St., New Haven, CT. (Tooker, Aimee) (Entered: 03/23/2023) |
| 03/31/2023 | 73 | ANSWER to 69 Amended Complaint with Affirmative Defenses. by Patrick J. Griffin, Ned Lamont, Sharmese L. Walcott.(Medeiros, Janelle) (Entered: 03/31/2023) |
| 04/12/2023 | 74 | ORDER granting 55 Motion for Leave to File; granting 57 Motion for Leave to File; granting 58 Motion for Leave to File. Signed by Judge Janet Bond Arterton on 4/12/23. (Tooker, Aimee) (Entered: 04/12/2023) |
| 04/13/2023 | 75 | NOTICE by Giffords Law Center to Prevent Gun Violence *of Filing of Amicus Brief in Support of Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction – Leave to File Granted April 12, 2023* (Loeb, Jennifer) (Entered: 04/13/2023) |
| 04/17/2023 | 76 | NOTICE of Appearance by William James Taylor, Jr on behalf of Everytown for Gun Safety Support Fund (Taylor, William) (Entered: 04/17/2023) |
| 04/17/2023 | 77 | CERTIFICATE OF GOOD STANDING re 60 MOTION for Attorney(s) William J. Taylor, Jr. to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7230564) by Everytown for Gun Safety Support Fund. (Taylor, William) (Entered: 04/17/2023) |
| 04/17/2023 | 78 | Memorandum in Opposition re 28 MOTION for Preliminary Injunction filed by Everytown for Gun Safety Support Fund. (Taylor, William) (Entered: 04/17/2023) |
| 04/18/2023 | 79 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Oral argument has been rescheduled to 6/5/23 at 11:00 a.m., Courtroom Two, 141 Church St., New Haven, CT. (Tooker, Aimee) (Entered: 04/18/2023) |
| 04/18/2023 | 80 | NOTICE by Brady, March for Our Lives *of Filing of Amicus Brief in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction – Leave to File Granted April 12, 2023* (Hester, Timothy) (Entered: 04/18/2023) |
| 06/02/2023 | 81 | NOTICE by Patrick J. Griffin, Ned Lamont, Sharmese L. Walcott re 37 Objection, (Medeiros, Janelle) (Entered: 06/02/2023) |
| 06/02/2023 | 82 | NOTICE by Patrick J. Griffin, Ned Lamont, Sharmese L. Walcott *of Supplemental Authority* (Medeiros, Janelle) (Entered: 06/02/2023) |
| 06/05/2023 | 84 | Minute Entry. Proceedings held before Judge Janet Bond Arterton: taking under advisement re 28 MOTION for Preliminary Injunction filed by National Association for Gun Rights, Toni Theresa Spera Flanigan. Total Time: 1 hour and 51 minutes (Court Reporter Corinne Thomas) (Barry, L) (Entered: 06/23/2023) |
| 06/12/2023 | 83 | TRANSCRIPT of Proceedings: Type of Hearing: Oral Argument. Held on 6/5/2023 before Judge Janet Bond Arterton. Court Reporter: Corinne Thomas. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or |

| | | |
|---|---|---|
| | | purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 7/3/2023. Redacted Transcript Deadline set for 7/13/2023. Release of Transcript Restriction set for 9/10/2023. (Thomas, Corinne) (Entered: 06/12/2023) |
| 08/03/2023 | 85 | ORDER denying 28 Motion for Preliminary Injunction. Signed by Judge Janet Bond Arterton on 08/03/2023. (Anderson, Colleen) (Entered: 08/03/2023) |
| 08/16/2023 | 86 | NOTICE OF APPEAL as to 85 Order on Motion for Preliminary Injunction by National Association for Gun Rights, Toni Theresa Spera Flanigan. Filing fee $ 505, receipt number ACTDC–7450658. (Radshaw, John) (Entered: 08/16/2023) |