## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: National Association for Gun Rights v. Lamont    Docket No.: 23-1162

Lead Counsel of Record (name/firm) or Pro se Party (name): James M. Belforti / Office of the Attorney General

Appearance for (party/designation): Defendants - Appellees / Ned Lamont, Patrick J. Griffin and Sharmese L. Walcott

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✓] Correct
- [ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
- [✓] Correct
- [ ] Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
- [ ] Incorrect. Please change the following parties' designations:
    Party            Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [✓] Correct
- [ ] Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: James M. Belforti
Firm: Office of the Attorney General
Address: 110 Sherman Street, Hartford, CT 06105
Telephone: (860) 808-5450    Fax: (860) 808-5591
Email: james.belforti@ct.gov

## RELATED CASES

- [✓] This case has not been before this Court previously.
- [ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on March 15, 2023 OR that [ ] I applied for admission on_____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ James M. Belforti
Type or Print Name: James M. Belforti
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
- [ ] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on this 24th day of August, 2023 to the following:

Barry K. Arrington, Esq.
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, CO 80033

John J. Radshaw, Esq.
Law Office of John Radshaw
Suite 200
59 Elm Street
New Haven, CT 06510

    /s/ James M. Belforti
James M. Belforti
Assistant Attorney General