## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: National Association for Gun Rights v. Lamont   Docket No.: 23-1162

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Janelle R. Medeiros

Firm: Office of the Attorney General

Address: 110 Sherman Street, Hartford, CT 06105

Telephone: (860) 808-5450   Fax: (860) 808-5591

E-mail: janelle.medeiros@ct.gov

Appearance for: Defendants - Appellees / Ned Lamont, Patrick J. Griffin and Sharmese L. Walcott
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: James M. Belforti / Office of the Attorney General )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Janelle R. Medeiros

Type or Print Name: Janelle R. Medeiros

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on this 24th day of August, 2023 to the following:

Barry K. Arrington, Esq.
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, CO 80033

John J. Radshaw, Esq.
Law Office of John Radshaw
Suite 200
59 Elm Street
New Haven, CT 06510

James M. Belforti
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105

                                               /s/ Janelle R. Medeiros
                                               Janelle R. Medeiros
                                               Assistant Attorney General