## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: National Association for Gun Rights v. Lamont                Docket No.: 23-1162

Lead Counsel of Record (name/firm) or Pro se Party (name): Barry K. Arrington

Appearance for (party/designation): Plaintiff-Appellants / National Association for Gun Rights and Toni Theresa Spera Flanigan

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
      Parties:
( ) Incorrect.   Please change the following parties' designations:
      Party                                          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
( ) Correct
(✓) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Barry K. Arrington
Firm: Arrington Law Firm
Address: 4195 Wadsworth Blvd., Wheat Ridge, Colorado 80033
Telephone: (303) 205-7870                           Fax:
Email: barry@arringtonpc.com

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are:

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are:

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on August 21, 2023           OR that ( ) I applied for admission on                         or renewal on
                        .   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record:
Type or Print Name: /s/ Barry K. Arrington
       OR
Signature of pro se litigant:
Type or Print Name:
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2023, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to counsel of record:

*/s/ Barry K. Arrington*

_____
Barry K. Arrington