UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT ||||
|---|---|---|---|
| **CASE TITLE**<br>National Assoc. for Gun Rights<br>v.<br>Lamont || **DISTRICT**<br>Connecticut | **DOCKET NUMBER**<br>23-1162 |
| ^ || **JUDGE**<br>Hon Janet Bond Arterton | **APPELLANT**<br>National Assoc. for Gun Rights |
| ^ || **COURT REPORTER**<br>Corinne Thomas | **COUNSEL FOR APPELLANT**<br>Barry Arrignton |
| Check the applicable provision:<br><br>☐ I am ordering a transcript.<br>☑ I am not ordering a transcript.<br><br>Reason for not ordering a transcript:<br><br>☑ Copy is already available<br>☐ No transcribed proceedings<br>☐ Other (Specify in the space below): || **PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)<br><br>Oral argument on June 5, 2023 ||
| ^ || **METHOD OF PAYMENT**  ☐ Funds  ☐ CJA Voucher (CJA 21) ||
| **INSTRUCTIONS TO COURT REPORTER:**<br><br>☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS<br>☐ PREPARE TRANSCRIPT OF TRIAL<br>☐ PREPARE TRANSCRIPT OF OTHER POST- TRIAL PROCEEDINGS<br>☑ OTHER (Specify in the space below):<br><br>None; transcript already prepared || **DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE)<br><br>Transcript already delivered ||
| If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* **FRAP 10(b)**. I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules. ||||
| **COUNSEL'S SIGNATURE**<br>/s/ Barry K. Arrington || **DATE**<br>August 25, 2023 ||
| **COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit. ||||
| **DATE ORDER RECEIVED** || **ESTIMATED COMPLETION DATE** | **ESTIMATED NUMBER OF PAGES** |
| **SIGNATURE OF COURT REPORTER** ||| **DATE** |

Revised June, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2023, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to counsel of record:

*/s/ Barry K. Arrington*

_____
Barry K. Arrington