**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: August 28, 2023 | DC Docket #: 22-cv-1118 |
| Docket #: 23-1162cv | DC Court: CT (NEW HAVEN) |
| Short Title: National Association for Gun Rights v. Lamont | DC Judge: Arterton |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8539.