**ARRINGTON LAW FIRM**  Barry K. Arrington
4195 Wadsworth Boulevard  (303) 205-7870
Wheat Ridge, Colorado 80033  barry@arringtonpc.com

September 7, 2023

Clerk of the Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re:  *National Association for Gun Rights, et al. v. Lamont, et al., Case Number 23-1162*

Dear Clerk of the Court

    I am counsel for Appellants National Association for Gun Rights and Toni Flanigan. I submit this letter pursuant to Local Rule 31.2(a)(1). I hereby request that Appellants' brief be due on Wednesday, November 22, 2023, which is 90 days from the date the Form D was filed with this Court.

Sincerely,

Barry K. Arrington