UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of September, two thousand and twenty-three

National Association for Gun Rights, Toni Theresa Spera Flanigan,

    Plaintiffs - Appellants,

Patricia Brought,

    Plaintiff,

v.

Ned Lamont, in his official capacity as the Governor of the State of Connecticut, Patrick J. Griffin, in his official capacity as the Chief States Attorney of the State of Connecticut, Sharmese L. Walcott, in her official capacity as the States's Attorney, Hartford Judicial District,

    Defendants- Appellees,

David R. Shannon, in his official capacity as the State's Attorney, Lichfield Judicial District,

    Defendant.

**ORDER**

Docket No: 23-1162

Counsel for

Appellants National Association for Gun Rights and Toni Flanigan has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting November 22, 2023, as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before November 22, 2023. The appeal is dismissed effective November 22, 2023, if the brief is not filed by that date.

A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).]

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court