## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: National Association for Gun Rights v. Lamont   Docket No.: 23-1162

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Joshua A. Perry, Solicitor General

Firm: Office of the Attorney General

Address: 165 Capitol Avenue

Telephone: (860) 808-5450   Fax: (860) 808-5591

E-mail: joshua.perry@ct.gov

Appearance for: Defendants - Appellees / Ned Lamont, Patrick J. Griffin and Sharmese L. Walcott
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: J. Medeiros/James M. Belforti / Office of the Attorney General )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 11/1/2019   OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Joshua A. Perry

Type or Print Name: Joshua A. Perry

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2023, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Barry K. Arrington, Esq.
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, CO 80033

John J. Radshaw, Esq.
Law Office of John Radshaw
Suite 200
59 Elm Street
New Haven, CT 06510

James M. Belforti
Janelle R. Medeiros
Office of the Attorney General
165 Capitol Avenue Hartford, CT 06106

/s/ *Joshua A. Perry*

Joshua A. Perry

Solicitor General