

OFFICE OF THE ATTORNEY GENERAL
CONNECTICUT

WILLIAM TONG
ATTORNEY GENERAL

November 27, 2023

**BY CM/ECF E-FILING**

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals
for the Second Circuit
40 Foley Square
New York, NY 10007

## SCHEDULING NOTIFICATION

Re: <u>National Association for Gun Rights v. Lamont, et. al.</u>
Case Number 23-1162

Dear Ms. Wolfe:

Pursuant to Local Rule 31.2(a)(1)(B), the Defendants-Appellees, Governor Lamont, Patrick Griffin, and Sharmese Walcott, hereby file their scheduling request. Defendants-Appellees respectfully request that they be allowed until and including February 21, 2024, to file their brief in this matter. That date is 91 days from November 22, 2023, the date on which Plaintiffs-Appellants filed their initial brief.

Very Respectfully,

*Janelle R. Medeiros*
Janelle R. Medeiros
Assistant Attorney General

cc: Barry K. Arrington, Esq.
Lead Counsel
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, CO 80033

165 Capitol Avenue
Hartford, Connecticut 06106

*An Affirmative Action/Equal Opportunity Employer*