UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of November two thousand and twenty-three,

_____

National Association for Gun Rights, Toni Theresa Spera **ORDER**
Flanigan,                                                                          Docket No: 23-1162

       Plaintiffs - Appellants,

Patricia Brought,

       Plaintiff,

v.

Ned Lamont, in his official capacity as the Governor of the State of Connecticut, Patrick J. Griffin, in his official capacity as the Chief States Attorney of the State of Connecticut, Sharmese L. Walcott, in her official capacity as the States's Attorney, Hartford Judicial District,

       Defendants- Appellees,

David R. Shannon, in his official capacity as the State's Attorney, Lichfield Judicial District,

       Defendant.

_____

Counsel for Appellee Patrick J. Griffin, Ned Lamont and Sharmese L. Walcott, has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting February 21, 2024 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before February 21, 2024, If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument.

A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).]

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court