## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **National Association for Gun Rights v. Lamont**  Docket No.: **23-1162**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **E. Gregory Wallace**

Firm:

Address: **Campbell University School of Law, 225 Hillsborough St., Raleigh, NC 27603**

Telephone: **919-696-3057**  Fax:

E-mail: **wallaceg@campbell.edu**

Appearance for: **The International Law Enforcement Educators and Trainers Ass'n and National Ass'n of Chiefs of Police (Amici)**
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: **National Ass'n for Gun Rights, et al., Plaintiffs-Appellants** )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **November 20, 2023**  OR

☐ I applied for admission on _____ .

Signature of Counsel: *E. Gregory Wallace* (signature)

Type or Print Name: **E. Gregory Wallace**