# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: National Ass'n for Gun Rights v. Lamont   Docket No.: 23-1162

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: William J. Taylor, Jr.

Firm: Everytown Law

Address: 450 Lexington Ave., P.O. Box 4184

Telephone: (646) 324-8215   Fax: (917) 410-6932

E-mail: wtaylor@everytown.org

Appearance for: Everytown for Gun Safety
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

✔ Amicus (in support of: Defendants-Appellees )
(party/designation)

## CERTIFICATION

I certify that:

✔ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ William J. Taylor, Jr.

Type or Print Name: William J. Taylor, Jr.