NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: National Association for Gun Rights v. Lamont   Docket No.: 23-1162

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Jeremy M. Feigenbaum

Firm: New Jersey Office of the Attorney General

Address: 25 Market Street, PO Box 080, Trenton, NJ 08625

Telephone: 862-350-5800   Fax: 609-292-3508

E-mail: Jeremy.Feigenbaum@njoag.gov

Appearance for: New Jersey, Massachusetts, et al
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Appellees )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 2/12/2024   OR

☐ I applied for admission on _____ .

Signature of Counsel: *Jeremy Feigenbaum*

Type or Print Name: Jeremy M. Feibenbaum