

**OFFICE OF THE ATTORNEY GENERAL**
**CONNECTICUT**

JOSHUA PERRY  860-808-5372
SOLICITOR GENERAL  Joshua.perry@ct.gov

April 19, 2024

Catherine O'Hagan Wolfe, Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    No. 23-1162, *National Association for Gun Rights v. Lamont*
               No. 23-1344, *Grant v. Lamont*

Dear Ms. Wolfe,

I write to advise the Court of two related cases on its docket, and to propose that the Court consider setting argument in both cases on the same day, before the same panel.

The two cases are No. 23-1162, *National Association for Gun Rights v. Lamont*, and No. 23-1344, *Grant v. Lamont*. When No. 23-1344 was filed, counsel for appellants provided notice of the related case in his Form C and acknowledgement and notice of appearance. ECF Nos. 10, 15.

Both cases raise Second Amendment challenges to Connecticut's pre-2023 assault weapons restrictions. In both cases, plaintiffs appeal from the District Court's denial of a preliminary injunction. The defendants-appellees in both cases are represented by the Connecticut Attorney General's Office. And both cases were heard by the same District Court judge, though at different times and under different District Court case numbers.

The cases have two relevant differences. First: they are brought by separate groups of plaintiffs. Second: No. 23-1162 challenges Connecticut's large-capacity magazine restrictions. No. 23-1344 omits the large-capacity magazine challenge, but adds a challenge to the additional weapons restrictions that Connecticut enacted in 2023.

No. 23-1162 is fully briefed. But briefing is still underway in No. 23-1344. Appellee's brief is due May 2, 2024.

165 Capitol Avenue
Hartford, Connecticut 06106

*An Affirmative Action/Equal Opportunity Employer*

Oral Argument Letter
April 19, 2024
Page | 2

Today, I received notice by ECF that oral argument in No. 23-1162 has been set for oral argument on May 30, 2024. Despite searching every inbox and archive, I have no record or memory of ever receiving the notice that was apparently entered into ECF on March 18, 2024, setting argument for the week of May 28. Neither does any other counsel for Defendants.

Defendants respectfully ask this Court to consider waiting until briefing in both cases is completed and assigning both cases to the same panel, on the same day, for oral argument. That solution would enhance efficiency and avoid any risk of conflicting opinions. It would also avoid any information imbalance that may occur if oral argument on no. 23-1162 is held before the reply brief in no. 23-1344 is filed. This Court availed itself of just this solution in a similar case, a few years ago, where multiple district court decisions raised similar Second Amendment questions. *New York State Rifle & Pistol Ass'n, Inc. v. Cuomo*, 804 F.3d 242 (2d Cir. 2015).

I consulted with counsel for both sets of plaintiffs before filing this letter. The *NAGR* plaintiffs, in No. 23-1162, do not consent to this request, and would prefer to maintain the May 30 argument date. The *Grant* plaintiffs, in No. 23-1344, were logistically unable to consult with all five of their clients in the few hours between my outreach to them (at 1:05 pm this afternoon, eleven minutes I received the ECF calendaring notice) and the sending of this letter. They anticipate a response by Wednesday, April 24.

Respectfully,

Joshua Perry
Solicitor General, State of Connecticut

CC: All counsel via ECF