# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of April, two thousand twenty-four.

National Association for Gun Rights, Toni Theresa Spera Flanigan,

*Plaintiffs-Appellants*,

v. 23-1162

Ned Lamont, in his official capacity as the Governor of the State of Connecticut, Patrick J. Griffin, in his official capacity as the Chief States Attorney of the State of Connecticut, Sharmese L. Walcott, in her official capacity as the States's Attorney, Hartford Judicial District,

*Defendants-Appellees*.

Eddie Grant, Jr., Jennifer Hamilton, Michael Stiefel, Connecticut Citizens Defense League, Inc., Second Amendment Foundation, Inc.,

*Plaintiffs-Appellants*,

v. 23-1344

James Rovella, in his official capacity, John P. Doyle, in his official capacity, Sharmese L. Walcott, in her official capacity, Paul J. Narducci, in his official capacity,

*Defendants-Appellees*.

Defendants-Appellees in these appeals request that both appeals be argued on the same date before the same panel. Briefing is completed in No. 23-1162, and argument has been set for May 30, 2024.

Briefing in No. 23-1344 has not been completed. Plaintiffs-Appellants in No. 23-1162 oppose Defendants-Appellees' request.

Upon due consideration, IT IS HEREBY ORDERED that the request of Defendants-Appellees to reschedule oral argument set for May 30, 2024 in No. 23-1162 is granted. Judicial economy will be served by hearing both appeals in tandem before a different panel on a date to be determined following the completion of briefing in No. 23-1344.

    FOR THE COURT:

    Catherine O'Hagan Wolfe,
    Clerk of Court