**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of July, two thousand twenty-four,

_____

National Association for Gun Rights, Toni Theresa Spera Flanigan,

      Plaintiffs - Appellants,

Patricia Brought,

      Plaintiff,

v.

Ned Lamont, in his official capacity as the Governor of the State of Connecticut, Patrick J. Griffin, in his official capacity as the Chief States Attorney of the State of Connecticut, Sharmese L. Walcott, in her official capacity as the States's Attorney, Hartford Judicial District,

      Defendants- Appellees,

David R. Shannon, in his official capacity as the State's Attorney, Lichfield Judicial District,

      Defendant.

**ORDER**

Docket No. 23-1162

_____

In light of the Supreme Court's decision in *United States v. Rahimi*, 144 S. Ct. 1889 (2024), it is hereby **ORDERED** that, by no later than Friday, August 23, 2024, each party shall submit to this Court a letter brief, not to exceed eight pages single-spaced, addressing the effect, if any, that the *Rahimi* decision has on this appeal.

      For The Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court

