# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of July, two thousand twenty-four,

National Association for Gun Rights, Toni Theresa Spera Flanigan,

    Plaintiffs - Appellants,

Patricia Brought,

    Plaintiff,

v.

Ned Lamont, in his official capacity as the Governor of the State of Connecticut, Patrick J. Griffin, in his official capacity as the Chief States Attorney of the State of Connecticut, Sharmese L. Walcott, in her official capacity as the States's Attorney, Hartford Judicial District,

    Defendants- Appellees,

David R. Shannon, in his official capacity as the State's Attorney, Lichfield Judicial District,

    Defendant.

**ORDER**
Docket No. 23-1162

IT IS HEREBY ORDERED that the oral argument in the above entitled appeal, set for Thursday, September 12, 2024, is ADJOURNED.

Oral argument will be rescheduled at a later date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court