# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of July, two thousand and twenty-four,

_____

National Association for Gun Rights, Toni Theresa Spera Flanigan,

       Plaintiffs - Appellants,

v.

Ned Lamont, in his official capacity as the Governor of the State of Connecticut, Patrick J. Griffin, in his official capacity as the Chief States Attorney of the State of Connecticut, Sharmese L. Walcott, in her official capacity as the States's Attorney, Hartford Judicial District,

       Defendants- Appellees.

**ORDER**
Docket No. 23-1162

_____

Mark Barden, Jacqueline Barden, Jennifer Hensel, David Wheeler, Francine Wheeler, Robert Parker, Alissa Parker, Jillian Soto-Marino, Carlos Mathew Soto, Donna Soto, Carlee Soto Parisi, Nicole Hockley, and Ian Hockley request leave to file a brief as *amici curiae* in support of the Appellees.

IT IS HEREBY ORDERED that the motion is GRANTED.

       For the Court:

       Catherine O'Hagan Wolfe,
       Clerk of Court

