# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of November, two thousand twenty-four.

National Association for Gun Rights, Toni Theresa Spera Flanigan,

*Plaintiffs-Appellants*,

Patricia Brought,

*Plaintiff*,

v.   23-1162

Ned Lamont, in his official capacity as the Governor of the State of Connecticut, Patrick J. Griffin, in his official capacity as the Chief States Attorney of the State of Connecticut, Sharmese L. Walcott, in her official capacity as the State's Attorney, Hartford Judicial District,

*Defendants-Appellees*,

David R. Shannon, in his official capacity as the State's Attorney, Lichfield Judicial District,

*Defendant*.

In light of this Court's decision in *Antonyuk v. James*, No. 22-2908, 2023 WL 11963034 (2d Cir. Oct. 24, 2024), it is hereby **ORDERED** that, by no later than

Friday, November 22, 2024, each party shall submit to this Court a letter brief, not to exceed eight pages single-spaced, addressing the effect, if any, that the *Antonyuk* decision has on this appeal.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court