**ARRINGTON LAW FIRM**                                        Barry K. Arrington
4195 Wadsworth Boulevard                              (303) 205-7870
Wheat Ridge, Colorado 80033                       barry@arringtonpc.com

June 5, 2025

Clerk of the Court
Catherine O'Hagan Wolfe
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re: *National Association for Gun Rights v. Lamont*
          Docket No. 23-1162

Dear Ms. O'Hagan Wolfe:

     Plaintiffs-Appellants submit the following notice of supplemental authority pursuant to F.R.A.P. 28(j).

     On June 5, 2025, the United States Supreme Court entered its decision in *Smith & Wesson Brands, Inc. v. Estados Unidos Mexicanos*, --- S.Ct. ---, 2025 WL 1583281 (U.S. June 5, 2025), in which the Court dismissed Mexico's case against seven gun manufacturers for failure to state a claim. *Id.*, at *9. Mexico argued that its claim was supported by the fact that the manufacturers sold "military style" assault weapons including AR–15 rifles and AK–47 rifles. The Court rejected this argument holding:

> Finally, Mexico's allegations about the manufacturers' "design and marketing decisions" add nothing of consequence. As noted above, Mexico here focuses on the manufacturers' production of "military style" assault weapons, among which it includes AR–15 rifles [and] AK–47 rifles. *But those products are both widely legal and bought by many ordinary consumers.* (*The AR–15 is the most popular rifle in the country*. See T. Gross, How the AR–15 Became the Bestselling Rifle in the U. S., NPR (Apr. 20, 2023.) The manufacturers cannot be charged with assisting in criminal acts just because Mexican cartel members like those guns too.

*Id.*, at *8 (cleaned up; emphasis added).

     In *D.C. v. Heller*, 554 U.S. 570 (2008), the Court held that the government may not ban firearms that are in common use by law abiding citizens. *Id.*, at 625, 627. In *Smith & Wesson Brands,* the Court held that AR–15 rifles and AK–47 rifles

are in common use by by ordinary citizens. Moreover, the Court held that the mere fact that criminals also use those firearms has no bearing on the analysis.

*Smith & Wesson Brands, Inc.* is absolutely dispositive on the issue of whether AR–15 rifles and AK–47 rifles are protected by the Second Amendment. Because they are in common use by ordinary citizens, they are protected.

Respectfully submitted,

*/s/ Barry K. Arrington*

Barry K. Arrington