# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of August, two thousand twenty-five.

Before:     Debra Ann Livingston,
            *Chief Judge*,
        John M. Walker, Jr.,
        Alison J. Nathan,
            *Circuit Judges*.

---

National Association for Gun Rights, Toni Theresa Spera Flanigan,

    Plaintiffs - Appellants,

Patricia Brought,

    Plaintiff,

v.

Ned Lamont, in his official capacity as the Governor of the State of Connecticut, Patrick J. Griffin, in his official capacity as the Chief States Attorney of the State of Connecticut, Sharmese L. Walcott, in her official capacity as the State's Attorney, Hartford Judicial District,

    Defendants- Appellees,

David R. Shannon, in his official capacity as the State's Attorney, Litchfield Judicial District,

    Defendant.

**JUDGMENT**

Docket Nos. 23-1162, 23-1344

-----------------------------------------------------------------

Eddie Grant, Jr., Jennifer Hamilton, Michael Stiefel, Connecticut Citizens Defense League, Inc., Second Amendment Foundation, Inc.,

    Plaintiffs-Appellants,

v.

James Rovella, John P. Doyle, Jr., Sharmese L. Walcott, Paul J. Narducci, in their official capacities,

        Defendants-Appellees,

Edward Lamont, Jr., Patrick Griffin, Margaret E. Kelly, David R. Applegate, Joseph T. Corradino, David R. Shannon, Michael A. Gailor, Christian Watson, Paul J. Ferencek, Matthew C. Gedansky, Maureen Platt, Anne F. Mahoney, in their official capacities,

        Defendants.

_____

The appeals in the above captioned cases from orders of the United States District Court for the District of Connecticut were argued on the District Court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's orders denying the preliminary injunction in both cases are AFFIRMED .

        For the Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court