*Nat'l Ass'n for Gun Rights v. Lamont,* No. 23-1162;
*Grant v. Rovella,* No. 23-1344
**Errata Found in Slip Opinion**

| Page | Delete | Insert |
|---|---|---|
| 58 | Footnote 1 (appearing after "("The loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury.")") | |

Distribution:

_____Panel Members

\_\_X\_\_\_West Publishing

\_\_X\_\_\_Clerk of Court

**SO ORDERED:** 8/26/2025

J.M.W.