# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 7, 2025

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:  National Association for Gun Rights, et al.
           v. Ned Lamont, in His Official Capacity as Governor of Connecticut, et al.
           No. 25-421
           (Your No. 23-1162, 23-1344)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 3, 2025 and placed on the docket October 7, 2025 as No. 25-421.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst